NOOROLLAH BAKHSHANDEH, Appellant, v. AMERICAN CYANAMID COMPANY, Respondent.

Submitted February 6, 1956; decided February 9, 1956.

Motion for extension of time granted and appellant directed to serve and file his brief, if any, by February 25, 1956, and case set down for argument during the March, 1956, session of the Court of Appeals.